IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE OTTEN, | ) | |
| | ) | 2:11-cv-02210-GEB-KJN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STATUS (PRETRIAL SCHEDULING) |
| | ) | ORDER |
| CBE GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        The status (pretrial scheduling) conference scheduled for hearing on November 7, 2011, is vacated since the parties' Joint Status Report filed on October 24, 2011 ("JSR") indicates the following Order should issue.

                    SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

        No further service, joinder of parties or amendments to pleadings is permitted, except with leave of Court for good cause shown.

                                  DISCOVERY

        All discovery shall be completed by June 5, 2012. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate orders, if necessary, and, where discovery has been ordered, the order has been complied with or, alternatively, the time allowed for such compliance shall have expired.

1    Each party shall comply with Federal Rule of Civil Procedure
2 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on
3 or before January 30, 2012, and any contradictory and/or rebuttal expert
4 disclosure authorized under Rule 26(a)(2)(D)(ii) on or before March 5,
5 2012.

6                           MOTION HEARING SCHEDULE

7    The last hearing date for a motion is August 13, 2012,
8 commencing at 9:00 a.m.[1] A motion shall be briefed as prescribed in Local
9 Rule 230.

10    The parties are cautioned that an untimely motion
11 characterized as a motion in limine may be summarily denied. A motion in
12 limine addresses the admissibility of evidence.

13                          FINAL PRETRIAL CONFERENCE

14    The final pretrial conference is set for October 15, 2012, at
15 3:30 p.m. The parties are cautioned that the lead attorney who WILL TRY
16 THE CASE for each party shall attend the final pretrial conference. In
17 addition, all persons representing themselves and appearing in propria
18 persona must attend the pretrial conference.

19    The parties are warned that **non-trial worthy issues could be
20 eliminated *sua sponte*** "[i]f the pretrial conference discloses that no
21 material facts are in dispute and that the undisputed facts entitle one
22 of the parties to judgment as a matter of law." Portsmouth Square v.
23 S'holders Protective Comm., 770 F.2d 866, 869 (9th Cir. 1985).
24 ///
25 ///

26

27 ─────────────
        [1]    This time deadline does not apply to motions for continuances,
28 temporary restraining orders, emergency applications, or motions under
   Rule 16(e) of the Federal Rules of Civil Procedure.

1    The parties shall file a **JOINT** pretrial statement no later

2    than seven (7) calendar days prior to the final pretrial conference. The

3    joint pretrial statement shall specify the issues for trial, including

4    a description of each theory of liability and affirmative defense, and

5    shall estimate the length of the trial.[2] The Court uses the parties'

6    joint pretrial statement to prepare its final pretrial order and could

7    issue the final pretrial order without holding the scheduled final

8    pretrial conference. <u>See</u> <u>Mizwicki v. Helwig</u>, 196 F.3d 828, 833 (7th Cir.

9    1999) ("There is no requirement that the court hold a pretrial

10    conference.").

11    If possible, at the time of filing the joint pretrial

12    statement counsel shall also email it in a format compatible with

13    WordPerfect to: geborders@caed.uscourts.gov.

14    <u>TRIAL SETTING</u>

15    Trial shall commence at 9:00 a.m. on January 22, 2013.

16    IT IS SO ORDERED.

17    Dated:  October 25, 2011

18

19    _____
     GARLAND E. BURRELL, JR.
20    United States District Judge

21

22

23

24

25

26

27

28    [2]   If a trial by jury has been preserved, the joint pretrial
     statement shall also state how much time each party desires for voir
     dire, opening statements, and closing arguments.

3